UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071<br><br>This Document Relates to:<br><br>3:23-cv-00757<br>3:23-cv-00792 |

## ORDER

Defendants B.HOM Student Living LLC's ("B.HOM") and Timberline Real Estate Ventures, LLC's ("Timberline") Unopposed Motion for Order Suspending Deadline for Certain Defendants to Respond to Complaints (Doc. No. 485) is **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE